EDWARD F. SMITH et al., Respondents, *v.* REUBEN MOSKOWITZ, Appellant, et al., Defendants.

First Department, February 25, 1944.

*J. O. Denniston* of counsel (*E. C. Sherwood*, attorney), for appellant.

*Joseph R. Wortman* for respondents.

*Per Curiam.* The doctrine of " the last clear chance " does not apply to the facts to which the plaintiffs testified (*Woloszynowski* v. *N. Y. C. R. R. Co.,* 254 N. Y. 206) and it was, therefore, error to submit that question to the jury.

The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

MARTIN, P. J., TOWNLEY, GLENNON, UNTERMYER and DORE, JJ., concur.

Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event.